**FILED**

January 07, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
lad
DEPUTY

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of TEXAS

WACO Division

|  |  |
|---|---|
| DAMON RICHARDS<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>Dr. LAX (MEDICAL DIRECTOR)<br>LIMESTONE COUNTY DETENTION CEN.<br>LASALLE CORRECTION<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. _____ **6:22-cv-00026**

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DAMON RICHARDS |
| All other names by which you have been known: | |
| ID Number | 27193509 |
| Current Institution | LIMESTONE DETENTION CENTER |
| Address | 910 N TYUS Street |
| | Groesbeck          TX          76642 |
| | *City*          *State*          *Zip Code* |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | MR. LAX |
| Job or Title *(if known)* | Medical Director |
| Shield Number | |
| Employer | LASALLe corrections /Limestone Detention |
| Address | 910 N TYUS Street |
| | Groesbeck          TX          76642 |
| | *City*          *State*          *Zip Code* |

☒ Individual capacity      ☐ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | LASAlle Corrections |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | SELF |
| Address | 910 N. TYUS Street |
| | Groesbeck          TX          76642 |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity      ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

| | |
|---|---|
| **Defendant No. 3** | |
| Name | Limestone County Detention Center |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | LASAlle Corrections |
| Address | 910 N. Tyus Street |
| | Groesbeck        TX        76642 |
| | *City*        *State*        *Zip Code* |

☐ Individual capacity    ☒ Official capacity

| | |
|---|---|
| **Defendant No. 4** | |
| Name | United STATES MArshAl |
| Job or Title *(if known)* | MARSHALS |
| Shield Number | |
| Employer | DEPT OF JUSTICE |
| Address | 1100 Commerce Street Rm 16F47 |
| | DAllAS        TX        75242 |
| | *City*        *State*        *Zip Code* |

☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? MY Rights under the 14th Amendment, And my right to A fair Treatment And Rights not to be deprived because I'm incarcerated or A person of color or religion,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I Am being deprived Medical treatment, And My Medical conditions Are not properly being Diagnos By The Medical Dr that Limestone has employed At their Facility. A Joke was made by Limestone Staff Stating "Maybe Its because you're A NON white Muslim MAN" I did not Find that Funny At All.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee

- ☐ Civilly committed detainee

- ☐ Immigration detainee

- ☐ Convicted and sentenced state prisoner

- ☐ Convicted and sentenced federal prisoner

- ☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

At Limestone County Detention Center, Several Dates

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have 3 broken Toes, Servere Back pains, Kidney problems, Both Left And Right Knees Are giving me pain, And needs to be replaced, I'm currently on Krutches And without proper evAluation, The Medical Dr IS NOT giving Me Sound treatment.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I Am Asking for ($100,000,000.00) A Hundred Million Dollars for DAmmages, This will cover future Medical Treatment And DAmmages That Can not be repaired fully, but treated Apon my release.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

My Medical Claim, Limestone County Detention Center Has A Grievance System that is split in two parts, regular Grievance (General) And Medical Grievance that Just handles Medical.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

We have tablets in our holding cells, And I have the OPTION OF FILING A MEDICAL GRIEVANCE, SO I TOOK SEVERAL OPPORTUNITIES TO state MY CONCERNS IN WRITING, I EVEN SENT THE WARDEN A COMPLAINT AND CONCERNS ABOUT MY HEALTH.

2.   What did you claim in your grievance?

I CLAIMED THAT I HAVE A PROBLEM WITH MY KNEES, KIDNEYS, BACK, AND FOOT, (3 broken Toes) I Also Stated I went to temple Hospital And I WAS Suppose to get insoles TO WALK A LITTLE BETTER, BUT BEING THAT DR LAX

3.   What was the result, if any? IS A GERMAPHOBIC HE will NOT physically evaluate me, And instead

No response.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Well Limestone HAS A GRIEVANCE STEP 1. And STEP 2 AND A STEP 3. I WENT THROUGH 1, 2, AND I BELEIVE STEP 3 IS TO THE MARSHALS WHICH I DID AND TO NO AVAIL.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.    I HAVE A WITNESS AND A WRITTEN STATEMENT HIS NAME IS SHERMAINE LASTER #5228550 HE WAS AT THE MEDICAL INFIRMARY SEEING THE SAME DOCTOR AND WAS PRESENT WHEN DR LAK EXAMING ME FROM A DISTANCE.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)     _____ N/A _____
     Defendant(s)    _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     _____

3.   Docket or index number
     _____

4.   Name of Judge assigned to your case
     _____

5.   Approximate date of filing lawsuit
     _____

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition.   _____ N/A _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* _____
     _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____ N/A _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/31/21

Signature of Plaintiff

Printed Name of Plaintiff    DAMON Richards

Prison Identification #    27193509

Prison Address    910 N TYUS Street

Groesbeck          TX       76642
  City             State     Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

          City          State     Zip Code

Telephone Number

E-mail Address

LIMESTONE COUNTY DETENTION CEN

DAMON RICHARDS #27193509
910 N TYUS Street
Groesbeck, TX 76642

UNITED STA
FOR

WESTERN D
WACO

800 FRANKLI
WACO,

LEGAL MAIL