**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DAMON RICHARDS** | § | |
| **(Limestone County #27193509)** | § | |
| | § | |
| **V.** | § | **W-22-CA-026-ADA** |
| | § | |
| **DR. LAX, et al.** | § | |

## DEFICIENCY ORDER

Before the Court is Plaintiff's civil rights complaint. Plaintiff has neither paid the $402.00 filing fee, nor has he filed an application to proceed *in forma pauperis*.

It is therefore **ORDERED** that the Clerk shall forward to Plaintiff an application to proceed *in forma pauperis* and that Plaintiff, within thirty (30) days of the filing of this Order, must submit either the filing fee of $402.00 or must submit a completed application to proceed *in forma pauperis*.[1]

**SIGNED** on January 11, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1] If Plaintiff is granted leave to proceed *in forma pauperis,* a $350.00 filing fee will be deducted in installments until the full filing fee is paid.

1