**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **DAMON RICHARDS** | § | |
| **(Limestone County #27193509)** | § | |
| | § | |
| **V.** | § | **W-22-CA-026-ADA** |
| | § | |
| **DR. LAX, et al.** | § | |

## <u>ORDER</u>

Before the Court is Plaintiff's Complaint asserting Defendants failed to provide adequate medical care. Under the notice pleading requirement for a federal lawsuit, Plaintiff is required to state what acts Defendants did to cause damage. As currently written, Plaintiff's Complaint lacks sufficient facts and is inadequate as a result. Without additional details, Plaintiff's Complaint may be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

It is, therefore, **ORDERED** that Plaintiff shall file a more definite statement answering the following questions **on or before February 10, 2022**. *See* Fed. R. Civ. P. 12(e); *Parker v. Carpenter*, 978 F.2d 190, 191 (5th Cir. 1992); *Spears v. McCotter*, 766 F.2d 179, 180-81 (5th Cir. 1985). A failure to do so will cause this Court to dismiss Plaintiff's complaint for want of prosecution.

The questions the plaintiff is **ORDERED** to answer are as follows:

2

1.      In your complaint, you have named Dr. Lax as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

2.      In your complaint, you have named LaSalle Corrections as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

3.      In your complaint you have named Limestone County Detention Center as a Defendant. Limestone County Detention Center is not a legal entity capable of being sued. *See Darby v. Pasadena Police Dep't*, 939 F.2d 311 (5th Cir. 1991) (holding that police and sheriff's departments are governmental subdivisions without capacity for independent legal action). Are you alleging that any of the damages which you seek to recover in this lawsuit were the product of any policy, practice, or custom of Limestone County, Texas? If your answer is "yes," please identify each and every policy, practice or custom of Limestone County, Texas that you allege caused any deprivation of your constitutional rights. If your answer is "no," please state each and every reason why you believe that you are entitled to recover a judgment against Limestone County, Texas in this lawsuit.

4.      In your complaint, you have named United States Marshals as a defendant. Plaintiff must specify the defendants he asserts violated his rights. Identify an individual defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

5.   Please state whether you are presently incarcerated, i.e., serving a term of imprisonment based upon a criminal conviction.

6.   If your answer to question 5 above was "yes," please state (1) the date of your conviction, (2) the nature of the offense(s) that form the basis for your current incarceration, (3) the date, if you know, when you expect to be released.

7.    Please state whether you are currently awaiting trial on any criminal charges.

8.    If your answer to question 7 above was "yes," please state (1) the date your current pretrial detention began, (2) the exact nature of the criminal charge(s) that form the basis for your current pretrial detention, (3) the court in which the cases against you are pending, (4) your expected trial dates, if known, and (5) the name of the attorneys who represent you in each case or whether you are representing yourself in your criminal case(s).  Please be specific.

9.    Please state whether you are currently being held in custody pending parole or probation revocation proceedings.

10.   If your answer to question 9 above was "yes," please state (1) the date your current detention began, (2) the exact nature of the charge against you, and (3) the expected date of your parole or probation revocation hearing, if any.  Please be specific.

11.    Your complaint alleges that you were denied adequate medical care. Describe with detail the medical problem that forms the basis of your complaint.  What problem are you complaining about?  Be specific.

12. Answer the following questions for each alleged denial of medical care that you complain of in this case:

    a.  What exact treatment did you request?

    b.  Explain what treatment you were denied and why you feel you should have received it.  Be specific.

c.  On what date did this occur?  If you do not know the exact date, then try to provide an approximate date.

d.  Who (name, title, and by whom employed) denied you medical care?

e.  If you know, state why you were denied the requested care.

f.  At the time you were denied the requested care, were you provided with some other type of treatment, medication, or care? If so, please explain.

g. At the time you were denied the requested care, were you receiving treatment, medication, or care for another condition? If so, please explain.

h. What harm has resulted from the alleged denial of medical treatment?

13.    Plaintiff is to include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Title 28 U.S.C. Section 1746.  Signed this _____ day of _____, 2022.

_____
Signature of Plaintiff

**SIGNED** on January 11, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

14