**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DAMON RICHARDS** | § | |
| **(Limestone County #27193509)** | § | |
| | § | |
| **V.** | § | **W-22-CA-026-ADA** |
| | § | |
| **DR. LAX, et al.** | § | |

## ORDER

On January 11, 2022, the Court ordered Plaintiff to file a more definite statement answering particular questions. The Court also ordered Plaintiff to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis. Plaintiff had until February 10, 2022, to comply with both of the Court's orders. To date, Plaintiff has failed to respond to either order.

It is **ORDERED** that Plaintiff shall show cause on or before **March 14, 2022**, why Plaintiff's complaint should not be dismissed for want of prosecution or for failure to obey an order of the Court. Failure to respond to this order will result in the dismissal of this case.

**SIGNED** on February 11, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1