**FILED**

February 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____lad_____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DAMON RICHARDS** | § | |
| **(Limestone County #27193509)** | § | |
| | § | |
| **V.** | § | **W-22-CA-026-ADA** |
| | § | |
| **DR. LAX, et al.** | § | |

## ORDER

Before the Court is Plaintiff's Complaint asserting Defendants failed to provide adequate medical care. Under the notice pleading requirement for a federal lawsuit, Plaintiff is required to state what acts Defendants did to cause damage. As currently written, Plaintiff's Complaint lacks sufficient facts and is inadequate as a result. Without additional details, Plaintiff's Complaint may be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

It is, therefore, **ORDERED** that Plaintiff shall file a more definite statement answering the following questions **on or before February 10, 2022**. *See* Fed. R. Civ. P. 12(e); *Parker v. Carpenter*, 978 F.2d 190, 191 (5th Cir. 1992); *Spears v. McCotter*, 766 F.2d 179, 180-81 (5th Cir. 1985). A failure to do so will cause this Court to dismiss Plaintiff's complaint for want of prosecution.

The questions the plaintiff is **ORDERED** to answer are as follows:

1

1. In your complaint, you have named Dr. Lax as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

ON THE DATE OF 8-16-21 I PUT IN SICK CALL ABOUT ARM & STOMACH PAINS SERVERE, NO ONE CAME TO EVALUATE ME, THEN ON 8-23-21 I PUT ANOTHER SICK CALL IN FOR THE SAME PROBLEMS AS MY THE PAIN HAS GOTTEN WORST, I COULD NOT SIT DOWN, LAY DOWN, STAND UP, AND NO ONE CAME TO FOLLOW UP, IN BETWEEN THE DATES' I EVEN ASKED THE CORRECTIONAL OFFICERS OF LIMESTONE COUNTY DETENTION CENTER, AND I HAD NO MEDICAL ATTENTION, ENCLOSED IS A SIGNED COMPLAINT OF WITNESSES AND OTHER PEOPLE WHO WAS AFFECTED BY THE NEGLECT OF DR LAX, DR LAX IS THE MEDICAL DIRECTOR.

I PUT IN FOR THE SAME PROBLEM ON 8-26-21 THE NURSE FINALLY CAME ON 8-27-21 AND DID NOT TAKE XRAYS OR GIVE ME ANYTHING FOR THE PAIN, WHEN THE MEDICAL STAFF CAME AND GOT ME 9-1-21 THEY PUT ME ON ANTIBOTICS,

I REQUEST TO SEE DR LAX ON 9-17-21 ABOUT MY HERNIA DISK IN MY BACK AND NO ONE AIDED ME.

ON 9-18-21 BLOOD PRESSURE WAS $\frac{143}{100}$ ON 9-21-21 I SEEN DR LAX AND MY PRESSURE WAS $\frac{155}{101}$ HE GAVE ME NO MEDS, ON 9-23-21 MY PRESSURE WAS STILL HIGH, $\frac{147}{94}$ NOTHING I REQUESTED WAS DONE, NO MEDS NO BLOOD WORK, ON DEC 28-2021 DR LAX SAW ME AND DID NOT PHYSICALLY EVALUATE ME AND THREATEN TO TAKE MY CRUTCHES, HE THINKS IF HE TOUCHES DETAINEES THEN HE WILL CATCH SOMETHING VIOLATING HIS OATH FOR HEALTH CARE.

2. In your complaint, you have named LaSalle Corrections as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

LASALLE IS THE EMPLOYOR OF LIMESTONE COUNTY DETENTION CENTER, THAT INCLUDES THE WARDEN TO THE MEDICAL STAFF THIS PROBLEM WAS BROUGHT TO THE ATTENTION OF THE ADMINISTRATION STAFF OF LIMESTONE COUNTY DETENTION CENTER, AND LASALLE CORRECTIONS (CORPORATE). SO LASALLE CORRECTIONS IS LIABLE,

3

3. In your complaint you have named Limestone County Detention Center as a Defendant. Limestone County Detention Center is not a legal entity capable of being sued. *See Darby v. Pasadena Police Dep't*, 939 F.2d 311 (5th Cir. 1991) (holding that police and sheriff's departments are governmental subdivisions without capacity for independent legal action). Are you alleging that any of the damages which you seek to recover in this lawsuit were the product of any policy, practice, or custom of Limestone County, Texas? If your answer is "yes," please identify each and every policy, practice or custom of Limestone County, Texas that you allege caused any deprivation of your constitutional rights. If your answer is "no," please state each and every reason why you believe that you are entitled to recover a judgment against Limestone County, Texas in this lawsuit.

LIMESTONE COUNTY DETENTION CENTER IS A "PRIVATE ENTITY," HOLDING FEDERAL DETAINEES, AND SHOULD BE LIABLE FOR THE NEGLECT OF DR LAX AND HIS MEDICAL STAFF OF LIMESTONE COUNTY DETENTION CENTER.

LIMESTONE COUNTY DETENTION CENTER IS NOT PROTECTED UNDER DARBY V. PASADENA, DUE TO THE FACT LIMESTONE COUNTY DETENTION CENTER IS NOT A FEDERAL ENTITY, OR WITHIN THE GOVERNMENT SUBDIVISIONS.

4

4. In your complaint, you have named United States Marshals as a defendant. Plaintiff must specify the defendants he asserts violated his rights. Identify an individual defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

I HAVE SENT THE US MARSHALS COMPLAINTS ABOUT THE PROBLEMS I HAVE BEEN FACING, ABOUT MY MEDICAL CONDITIONS, SEE ATTACHED, MY COMPLAINTS ALONG WITH THE SIGNED WITNESSES HAS FALLEN ON DEATH EARS, AND I AM BEING HELD HERE UNDER THE CUSTODY OF THE UNITED STATES MARSHALS AND THE MARSHALS HAVE BEEN MADE AWARE OF THE ONGOING PROBLEMS HERE, IF THE NEGLECT AND DENIEL OF MEDICAL ATTENTION LIABILITY FALLS ON THE U.S. MARSHALS.

5. Please state whether you are presently incarcerated, i.e., serving a term of imprisonment based upon a criminal conviction.

I AM PRESENTLY INCARCERATED AT LIMESTONE COUNTY DETENTION CENTER.

6. If your answer to question 5 above was "yes," please state (1) the date of your conviction, (2) the nature of the offense(s) that form the basis for your current incarceration, (3) the date, if you know, when you expect to be released.

7. Please state whether you are currently awaiting trial on any criminal charges.

*YES I AM CURRENTLY AWAITING TRIAL.*

8. If your answer to question 7 above was "yes," please state (1) the date your current pretrial detention began, (2) the exact nature of the criminal charge(s) that form the basis for your current pretrial detention, (3) the court in which the cases against you are pending, (4) your expected trial dates, if known, and (5) the name of the attorneys who represent you in each case or whether you are representing yourself in your criminal case(s). Please be specific.

*June 6 2021 is The Date of PreTrial Detention*

*922(G) is my exact nature of my criminal charge.*

*Northern District of Texas*

*~~Talley Hasky~~*
*TALY HAFFAR*
*taly@haffar Law. com*
*# (214) 380-4566*
*8150 North Central Expressway*
*Campbell Centre II Suite M2070*
*Dallas, TX 75206*

7

9. Please state whether you are currently being held in custody pending parole or probation revocation proceedings.

N/A

10. If your answer to question 9 above was "yes," please state (1) the date your current detention began, (2) the exact nature of the charge against you, and (3) the expected date of your parole or probation revocation hearing, if any.  Please be specific.

N/A

11. Your complaint alleges that you were denied adequate medical care. Describe with detail the medical problem that forms the basis of your complaint. What problem are you complaining about? Be specific.

MY MEDICAL CONDITIONS ARE;

3- BROKEN TOES

PAIN IN MY LOWER BACK

(L) (R) KNEES ARE BAD AND NEED TO BE REPLACED.

UNCONTROLLABLE HIGH BLOOD PRESSURE.

12. Answer the following questions for each alleged denial of medical care that you complain of in this case:

a. What exact treatment did you request?

I REQUEST MEDICAL ATTENTION FOR MY BACK AND STOMACH AND MY LEGS I DID NOT GET MEDICAL ATTENTION.

b. Explain what treatment you were denied and why you feel you should have received it. Be specific.

I WAS NEVER TREATED FOR MY CONDITION AT ALL.

c. On what date did this occur? If you do not know the exact date, then try to provide an approximate date.

8-16-21
8-23-21
8-26-21
8-27-21
8-29-21
9-1-21
9-17-21
9-18-21
9-21-21
9-23-21

d. Who (name, title, and by whom employed) denied you medical care?

DR LAX (MEDICAL DIRECTOR)

e. If you know, state why you were denied the requested care.

I DON'T KNOW WHY I WAS DENIED MEDICAL ATTENTION.

f. At the time you were denied the requested care, were you provided with some other type of treatment, medication, or care? If so, please explain.

NO I WAS NOT, I DID NOT GET MEDS UNTIL A MONTH OR 3 WEEKS LATER, FOR SOME OF THE PROBLEMS.

g. At the time you were denied the requested care, were you receiving treatment, medication, or care for another condition? If so, please explain.

I WAS TAKING IBPROPHEN AND SOME OTHER MEDS I DON'T KNOW.

h. What harm has resulted from the alleged denial of medical treatment?

① MY PRESSURE IS AFFECTING MY KIDNEYS,

② MY KNEES HAS GOTTEN WORST FOR ME TO STAND TOO LONG, AND SIT TOO LONG, AND HARD FOR ME TO REST.

③ MY LOWER BACK IS CAUSING THE SAME PROBLEMS.

13. Plaintiff is to include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Title 28 U.S.C. Section 1746. Signed this __9__ day of __February__ , 2022.

_____
Signature of Plaintiff

**SIGNED** on January 11, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

14

**COMPLAINT**                                           Date 1/18/22

To The United States Marshals;

        We the under-signed are sending you a **COMPLAINT** against Limestone county Facility, This is a ongoing **ISSUE THAT APPEARS TO BE IGNORED BY YOUR OFFICE.** The first thing and most inportantly, is the officers are **NOT BEING TESTED FOR COVID AND ARE COMING INTO THE FACILITY AND INFECTING THE DETAINEES HERE AT LCDC,** We are **DETAINEES** we have **NOT BEEN CONVICTED OF ANY CRIME,** our rights are perserved and have **NOT BEEN WAIVED,** a copy of this **COMPLAINT** has been picked up by some independent reporters. **WE ARE NOT** getting hot meals, our food that suppose to be hot is coming to inmates cold, we do not have cold water to drink days at a time, and as some of us are muslims we need fresh water and we are being denied access to the Law Library to proceed with our legal work for Court. Is this apart of your contract? Several **DETAINEES** have sent countless complaints that have **FALLEN ON DEATH EARS.** This is Enhumane and **WE DEMAND** a full investigation.

RESPECTFULLY SUBMITTED,

Charles Keckler

Michael Clark

Eduardo Yanes

Tony Browning

- John Anderson

- Shermaine Laster

Rene Valenzuela - Rene Velazu

Thomas Jones - Thomas Jones

VICTOR CRUZ GARCIA

JOSE RAMOS

Raymond K. Ferrell

To The Honorable Court;                                    Date 1/19/22

           We the under-signed **WITNESSES ATTEST** that Dr Lax **DOES NOT**

**PROPERLY MEDICAL EVALUATE HIS PATIENTS HERE AT LIMESTONE,** And we have

heard Dr Lax tell ~~████████~~ that he is **COMPLAINING ABOUT TOO MANY PROBLEMS.** This is

the Norm of Dr Lax, Dr Lax uses that his **PATIENTS** has germs and **DOES NOT WANT TO GET**

**INFECTED,** I am typing this on the grounds that Dr Lax has **DEPRIVED** ~~████████~~ of Medical

Treatment **PROPERLY,** And **DENIED** ~~████████~~ Medical Treatment, and many others who are

signing this witness statement, So we are giving the Courts a **FULL VIEW** of what we also have

**EXPERIENCED** with our encounters with Dr Lax Grievances has been put in by ~~████████~~ and the

many of the under-signed and continue to fall on death ears, not only are we being **DEPRIVED** Mr

~~████~~ included of proper medical treatment but Dr lax is **DANGEROUSLY VIOLATING HIS**

**OATH, TO SAVE AND MAINTAIN AND PERSERVE LIFE,** Dr Lax Method is so Dangerous that

he can give meds that can **POTENTIALLY CAUSES SOMEONE DEMISE.** The Courts now can

have a view of not just the **VIOLATION** of Mr ~~████~~ **RIGHTS,** But also of the many others who

witness and experience it also. We hope this witness letter

truly open up the light on a very dark situation.

Respectfully Submitted,

. Thomas Jones .

Charles Kecheler

R. Ward

Rene Valenzuela

MR. DAMON L. RICHARDS 27193509
LIMESTONE COUNTY DETENTION CENTER
910 N. TYUS STREET
GROESBECK TX, 76642

CLER
WESTE
UNITE
800
WA