**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DAMON RICHARDS** | § | |
| **(Limestone Cty #27193509)** | § | |
| | § | |
| **V.** | § | **W-22-CA-026-ADA** |
| | § | |
| **DR. LAX, et al.** | § | |

**ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS**
**and**
**ADVISORY**

PLAINTIFF IS ADVISED TO READ THIS ORDER CAREFULLY.  FAILURE TO COMPLY WITH ANY OF THE COURT'S DIRECTIVES IN THIS ORDER COULD RESULT IN A RECOMMENDATION THAT THIS ACTION BE DISMISSED.

**Leave to Proceed _In Forma Pauperis_**

The Court has considered the plaintiff's application for leave to proceed in forma pauperis and the certified trust fund account statement or institutional equivalent.

It is therefore **ORDERED** that Plaintiff's Application for Leave to Proceed In Forma Pauperis (#9) is **GRANTED**.

It is further **ORDERED** that    Damon Richards (Limestone County #27193509) is assessed an initial partial filing fee of    $47.59   . The agency having custody of the plaintiff shall collect this amount from the trust fund account or institutional equivalent, when funds are available, and forward it to the clerk of the district court. Thereafter, the plaintiff shall pay    $302.41   , the balance of the filing fees, in periodic installments. The plaintiff is required to make payments of 20% of the preceding month's income credited to the plaintiff's prison account until plaintiff has paid the total filing fees of

1

$350.00.  The agency having custody of the plaintiff shall collect this amount from the trust fund account or institutional equivalent, when funds are available and when permitted by 28 U.S.C. §1915(b)(2), and forward it to the district court clerk.

It is further **ORDERED** that the Clerk shall mail a copy of this Order to the **Limestone County Jail, 912 North Tyus Street, Groesbeck, Texas, 76642.**

**In the event Plaintiff is transferred to another facility, or is released from confinement, the agency having custody at the time of transfer or release shall notify this office of a forwarding address.**

It is further **ORDERED** that the Clerk shall provide a copy of this Order to the Financial Clerk in the Waco Division of the Western District of Texas.

**Notice to Plaintiff**

Payment of all or any part of the full filing fee will not prevent dismissal of the complaint if it is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  If the case is dismissed on any of those grounds before payment of the entire filing fee, Plaintiff must still pay the entire $350.00 filing fee.  When a prisoner has had three or more prior actions or appeals dismissed for being frivolous, malicious, or failing to state a claim upon which relief may be granted, federal law prohibits the prisoner from bringing any more actions or appeals *in forma pauperis* unless the plaintiff is in imminent danger of serious physical injury.  *See* 28 U.S.C. § 1915(g).

**Duty to Inform Court of Change of Address**

Plaintiff is **ORDERED** to immediately notify the Clerk of the Court and each defendant's counsel in writing of any change in address.  Plaintiff shall caption any such

change of address advisories as "Notice to the Court of Change of Address" and not include any motions or other matters in such notice. This notice shall contain only information pertaining to the address change and the effective date of such change of address. Failure by Plaintiff to immediately notify the Clerk of the Court and each defendant's counsel of any change in the plaintiff's mailing address will be interpreted by the Court as a failure to prosecute and may result in the Court recommending the dismissal of Plaintiff's Complaint.

## Service on the Defendants

It is further **ORDERED** that after reviewing Plaintiff's pleadings and his more definite statement, the Court finds that summary dismissal is not appropriate.

It is therefore **ORDERED** that **Dr. Lax and LaSalle Corrections[1]** as defendants, are hereby required to file an answer to such complaint or otherwise plead as provided by Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days after service of a copy of the complaint upon said defendant. At the time of filing answers, Defendants shall serve Plaintiff with a copy thereof in accordance with Rule 5(b) of the Federal Rules of Civil Procedure and shall file with the Clerk a certificate showing such service.

It is further **ORDERED** that in order that this may be done, summons shall be prepared by the Clerk and the issuance of service of process shall be commenced by the United States Marshal upon said named defendants under Rules 4 and 5 of the Federal Rules of Civil Procedure.

---

[1] Limestone County Detention Center is not a legal entity capable of being sued and the US Marshals Service is shielded by sovereign immunity. Therefore, these Defendants are not being served.

It is further **ORDERED** that, pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, the United States Marshal shall serve a copy of the Plaintiff's Complaint, more definite statement, summons, and this Order upon each defendant.

## Duty to Respond to Opposing Motions within Fourteen (14) Days

Plaintiff is hereby advised that Rule CV-7(d) of this Court's Local Court Rules provides that a party opposing a motion must file a response to the motion within fourteen (14) days after the filing of the motion.  A failure by that party to file such a timely response may be construed by the Court as a lack of opposition to the motion and result in the Court granting the motion.  Furthermore, plaintiff is advised that, pursuant to Rule 8(d), Fed.R.Civ.P., averments in a pleading or motion to which a responsive pleading is required are admitted when not denied in the responsive pleading.  Therefore, in the event that one or more of the defendants files a motion which plaintiff opposes, plaintiff must file a response or opposition to the motion within fourteen (14) days after the filing of the motion.  A failure by the plaintiff to timely respond to an opposing party's motion may result in this Court recommending that the plaintiff's claims be dismissed for want of prosecution.

## Duty to Serve Opposing Counsel

Plaintiff is advised that he is obligated under both the Federal Rules of Civil Procedure and this Court's Local Rules to send a copy of all pleadings, motions or other documents he submits to the Clerk of this Court for filing to each defendant or, after an attorney has made an appearance for a defendant, each defendant's counsel of record herein.  The Court will disregard any pleading, motion, or other document submitted for filing by plaintiff that fails to contain a "certificate of service" stating the date and

4

method (e.g., hand delivery, certified mail or regular mail), by which the plaintiff sent a copy of that pleading, motion or document to each defendant or each defendant's counsel of record.  Once an attorney makes an appearance on behalf of a defendant, the plaintiff must send that defendant's copy of any pleading, motion, or document submitted for filing by the plaintiff to that defendant's attorney.

**SIGNED** on March 10, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE